Michael Rubin (SBN 80618)
Connie K. Chan (SBN 284230)
Raphael N. Rajendra (SBN 255096)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
cchan@altber.com
rrajendra@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
CP@mhpsf.com
keith@mhpsf.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants | Case No. 5:17-CV-01864-HSG<br><br>**STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**[Civ. L.R. 6-2]**<br><br>Hearing Date: June 22, 2017<br>Time: 2:00 p.m.<br>Ctrm.: 2, Floor 4<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: September 29, 2016<br>Trial Date: Not yet set |

STIPULATION ENLARGING PLS.' TIME TO RESPOND TO MOTION TO DISMISS, #5:17-CV-01864-HSG

| | |
|---|---|
| 1 | Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "Plaintiffs") and Defendants Microchip Technology, Inc., Atmel Corporation, and Atmel Corporation U.S. Severance Guarantee Benefit Program (collectively "Defendants"), herein referred to collectively as the "Parties," hereby stipulate, by and through their respective attorneys of record, as follows: |

Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "Plaintiffs") and Defendants Microchip Technology, Inc., Atmel Corporation, and Atmel Corporation U.S. Severance Guarantee Benefit Program (collectively "Defendants"), herein referred to collectively as the "Parties," hereby stipulate, by and through their respective attorneys of record, as follows:

WHEREAS, Defendants filed a motion to dismiss Plaintiffs' complaint on April 28, 2017 (Dkt. 9);

WHEREAS, on April 28, 2017, Defendants also filed a motion to dismiss the complaint in the related case *Schuman, et al. v. Microchip Technology, Inc., et al.*, Case No. 4:16-CV-05544-HSG (N.D. Cal.), in which the plaintiffs are represented by the same counsel representing Plaintiffs in this matter;

WHEREAS, pursuant to Civil Local Rule 7-3(a), Plaintiffs' oppositions to Defendants' motions to dismiss in both cases are currently due May 12, 2017;

WHEREAS, Defendants agree to extend the deadline for Plaintiffs to respond to both motions to dismiss to and including May 31, 2017; and

WHEREAS, the stipulated extension of time for Plaintiffs to respond to Defendants' motions to dismiss will not affect any other dates or deadlines in this case;

THEREFORE, THE PARTIES HEREBY STIPULATE that Plaintiffs' time to respond to Defendants' motion to dismiss (Dkt. 9) is extended up to and including May 31, 2017. The hearing on the motion will remain set for June 22, 2017 at 2:00 p.m., or as soon thereafter as this Court is available.

Respectfully submitted,

Dated: May 8, 2017

*/s/Michael Rubin*
Michael Rubin

ALTSHULER BERZON LLP
Michael Rubin
Connie K. Chan
Raphael N. Rajendra
Altshuler Berzon LLP
177 Post Street, Suite 300

| | |
|---|---|
| | San Francisco, California 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |
| | MCGUINN, HILLSMAN & PALEFSKY<br>Cliff Palefsky<br>Keith Ehrman<br>535 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone: (415) 421-9292<br>Facsimile: (415) 403-0202 |
| | *Attorneys for Plaintiffs and the Proposed Class* |
| Dated: May 8, 2017 | */s/Mark G. Kisicki*<br>Mark G. Kisicki<br>(E-signature authorized on May 8, 2017) |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Mark G. Kisicki (CA SBN 150057)<br>mark.kisicki@ogletreedeakins.com<br>2415 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>Telephone: 602.778.3700<br>Fax: 602.778.3750 |
| | Mark Schmidtke<br>mark.schmidtke@ ogletreedeakins.com<br>56 S. Washington Street, Suite 302<br>Valparaiso, IN 46383<br>Telephone: 219.242.8668<br>Fax: 219.242.8669 |
| | *Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2017

*[signature]*
The Hon. Haywood S. Gilliam, Jr.
United States District Judge

**DECLARATION OF MICHAEL RUBIN IN SUPPORT OF STIPULATION**

I, Michael Rubin, declare as follows:

1. I am a member in good standing of the bar of the State of California and am one of the counsel of record for Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "Plaintiffs") in the above-captioned case. I am also one of the counsel of record for Plaintiffs Peter Schuman and William Coplin in the related case *Schuman, et al. v. Microchip Technology, Inc., et al.*, Case No. 4:16-CV-05544-HSG (N.D. Cal.). I make this declaration in support of the Parties' stipulated request to enlarge the time for Plaintiffs to respond to Defendants' motion to dismiss. The facts set forth in this declaration I know to be true of my own personal knowledge, except where stated to be based on information and belief.

2. On April 28, 2017, Defendants filed a motion to dismiss Plaintiffs' complaint in this action. Dkt. 9. That same day, Defendants also filed a motion to dismiss the complaint in *Schuman*.

3. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' oppositions to Defendants' motions to dismiss in both cases are currently due May 12, 2017. Due to preexisting work obligations, Plaintiffs' counsel are unable to file both oppositions by May 12, 2017.

4. I conferred with counsel for Defendants, and Defendants agree to extend the deadline for Plaintiffs to respond to both motions to dismiss to and including May 31, 2017.

5. There have been no previous time modifications in this case.

6. To the best of my knowledge, the requested time modification will have no effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Francisco, California, on May 8, 2017.

                                          */s/ Michael Rubin*
                                            Michael Rubin