1  Michael Rubin (SBN 80618)
   Connie K. Chan (SBN 284230)
2  Raphael N. Rajendra (SBN 255096)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  mrubin@altber.com
   cchan@altber.com
6  rrajendra@altber.com

7  Cliff Palefsky (SBN 77683)
8  MCGUINN, HILLSMAN & PALEFSKY LLP
   535 Pacific Avenue
9  San Francisco, CA 94133
   Telephone: (415) 421-9292
10 Facsimile: (415) 403-0202
   CP@mhpsf.com
11

12 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants | Case No. 17-cv-01864-HSG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT OR STATUS CONFERENCE** |

Having considered Plaintiffs' Request for Case Management or Status Conference;

**IT IS HEREBY ORDERED** that Plaintiffs' request is **GRANTED** and the parties should appear for a Case Management Conference on December 19, 2017 at 2:00 p.m.  A joint case management conference statement is due by 5:00 on Friday, December 15, 2017.

Dated:  December 12, 2017

*Haywood S. Gilliam Jr.*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California