# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Robin Berman, et al.

Plaintiff(s),

v.

Microchip Technology Incorporated, et al.

Defendant(s).

Case No: 5:17-CV-01864-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth M. Townsend, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Microchip Techonology Incorporated in the above-entitled action. My local co-counsel in this case is Sean Nalty, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 2415 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016 | One Market Plaza, Suite 1300<br>San Francisco, CA 94105 |
| My telephone # of record:<br>(602) 778-3719 | Local co-counsel's telephone # of record:<br>(415) 369-3552 |
| My email address of record:<br>elizabeth.townsend@ogletree.com | Local co-counsel's email address of record:<br>sean.nalty@ogletree.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 024009.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/11/18

Elizabeth M. Townsend
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth M. Townsend is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/5/2018

*Haywood S. Gill*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

---

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

**ELIZABETH MARY TOWNSEND**

*was on the 2nd day of November, 2005 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*

*Given under my hand and the seal of said Court this 21st day of December, 2017.*

*JANET JOHNSON, Clerk*

By _____
Krystle Dominguez
Deputy Clerk II

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

     The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ELIZABETH MARY TOWNSEND** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 2, 2005 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

     Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this December 5, 2017.

Amanda McQueen
Disciplinary Clerk