| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800 |
| 2 | Mark G. Kisicki (CA SBN 150057) |
| 3 | mark.kisicki@ogletreedeakins.com |
|   | Elizabeth M. Townsend (AZ SBN 024009) admitted *pro hac vice* |
| 4 | elizabeth.townsend@ogletreedeakins.com |
|   | 2415 E. Camelback Road, Suite 800 |
| 5 | Phoenix, AZ 85016 |
|   | Telephone: 602.778.3700 |
| 6 | Fax: 602.778.3750 |
| 7 | *Attorneys for Defendants* |
| 8 | *Counsel for Plaintiffs on the following page |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ, | No. 4:17-cv-01864-HSG |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | **[Civ. L.R. 6-2]** |
| MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan, | Hearing Date: September 13, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, Floor 4<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | Action Filed: April 4, 2017<br>Trial Date: None Set |

**PLAINTIFFS' COUNSEL:**

Michael Rubin (SBN 80618)
Andrew Kushner (SBN 316035)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
akushner@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
cp@mhpsf.com
keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone: (415) 225-6215
Facsimile: (415) 634-2897
Email: bill@williambreilly.com

*Attorneys for Plaintiffs*

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

2

Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "Plaintiffs") filed a Motion for Partial Summary Judgment on July 2, 2018 and noticed the hearing for September 13, 2018 at 2:00 p.m.

Plaintiffs have agreed to extend the deadline for Defendants Microchip Technology Incorporated ("Microchip"), Atmel Corporation ("Atmel") and Atmel Corporation U.S. Severance Guarantee Benefit Program ("Severance Program" and, collectively with Microchip and Atmel, "Defendants") to respond to the Motion for Partial Summary Judgment until Monday, July 30, 2018. Defendants have similarly agreed to extend Plaintiffs' deadline to file their Reply in support of their Motion for Partial Summary Judgment to August 13, 2018, which would normally be due on August 6, 2018 under the local rules.

Accordingly, Plaintiffs and Defendants hereby stipulate, by and through their respective attorneys of record, that Defendants' time to file their Opposition to the Motion for Partial Summary Judgment is extended up to and including July 30, 2018 and Plaintiffs' time to file their Reply in Support of the Motion for Partial Summary Judgment extended up to and including August 13, 2018.

Respectfully submitted July 13, 2018.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: /s/ Mark G. Kisicki
> Mark G. Kisicki
> Elizabeth N. Townsend admitted *pro hac vice*
> 2415 East Camelback Road, Suite 800
> Phoenix, Arizona 85016
>
> Attorneys for Defendants

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

3

ALTSHULER BERZON LLP

By: <u>s/ Michael Rubin (with permission)</u>
    Michael Rubin
    Andrew Kushner
    ALTSHULER BERZON LLP
    177 Post Street, Suite 300
    San Francisco, CA 94108

    Cliff Palefsky
    Keith Ehrman
    MCGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
    San Francisco, CA 94133

    William B. Reilly
    LAW OFFICE OF WILLIAM REILLY
    86 Molino Avenue
    Mill Valley, CA 94941

    Attorneys for Plaintiffs

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

4

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment shall be filed no later than July 30, 2018.

2. Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment shall be filed no later than August 13, 2018.

Dated: 7/16/2018

*Haywood S. Gilliam Jr.*
The Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

5

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document, and that this attestation was executed on July 13, 2018.

By: /s/ Mark G. Kisicki

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

6

# PROOF OF SERVICE

I, Frankie Vandehei, declare:

I am a citizen of the United States and employed in Maricopa County, Arizona. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. On July 13, 2018, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO CONSOLIDATE HEARINGS**

by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Attorneys for Plaintiff
Michael Rubin
Andrew Kushner
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Cliff Palefsky
Keith Ehrman
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

7

Executed on July 13, 2018, at Phoenix, Arizona.

/s/ Frankie Vandehei

34826325.1

STIPULATION TO EXTEND DEADLINE TO RESPOND TO AND REPLY ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4:17-cv-01864-HSG

8