Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robin Berman, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Microchip Technology Incorporated, et al.<br><br>Defendant(s). | Case No: 17-cv-01864-HSG<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Kristina N. Holmstrom, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Defendants in the above-entitled action. My local co-counsel in this case is Sean P. Nalty, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2415 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Market Plaza - Steuart Tower, Suite 1300<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(602) 778-3700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-4810 |
| MY EMAIL ADDRESS OF RECORD:<br>kristina.holmstrom@ogletree.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sean.nalty@ogletree.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 023384.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/17/18

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kristina N. Holmstrom is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/5/2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court,

certify that Kristina Novotny Holmstrom was duly admitted

to practice in this Court on November 15, 2004,

and is in good standing as a member

of the Bar of this Court.

Dated at Phoenix, Arizona, on August 21, 2018

| Brian D. Karth | *(signature)* |
|---|---|
| CLERK | DEPUTY CLERK |