Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Robin Berman, et al.

    Plaintiff(s),

v.

Microchip Technology Inc., et al.

    Defendant(s).

Case No: 17-cv-1864-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark E. Schmidtke, an active member in good standing of the bar of Indiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Defendants in the above-entitled action. My local co-counsel in this case is Sean Nalty, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Market Plaza - Steuart Tower, Ste. 1300<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (219) 242-8668 | (415) 442-4810 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mark.schmidtke@ogletree.com | sean.nalty@ogletree.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1733-45.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/21/18

/s/ Mark E. Schmidtke
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark E. Schmidtke is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/21/2018

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER      *October 2012*

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

### MARK EUGENE SCHMIDTKE

is a member of the bar of said Court since admission on ___May 29, 1981___, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this _21st_ day of ___August___, 20_18_.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA