1  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C., SBN 00504800
2  Mark G. Kisicki (CA SBN 150057)
   mark.kisicki@ogletreedeakins.com
3  Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
   elizabeth.soveranez@ogletreedeakins.com
4  2415 E. Camelback Road, Suite 800
   Phoenix, AZ 85016
5  Telephone: 602.778.3700
   Fax: 602.778.3750
6
   Mark Schmidtke (IN SBN 1733-45) admitted *pro hac vice*
7  mark.schmidtke@ogletreedeakins.com
   56 S. Washington Street, Suite 302
8  Valparaiso, IN 46383
   Telephone: 219.242.8668
9  Fax: 219.242.8669

10 *Attorneys for Defendants*

11 *Counsel for Plaintiffs on the following page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BERMAN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MICROCHIP TECHNOLOGY INCORPORATED, et al., <br><br>  Defendants. | No. 4:17-cv-01864-HSG <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS AND THE DEADLINE FOR PLAINTIFFS' REPLY** <br><br> Hearing Date: January 16, 2020 <br> Time: 2:00 p.m. <br> Courtroom: 2, Floor 4 <br> Judge: Hon. Haywood S. Gilliam, Jr. <br><br> Action Filed: April 4, 2017 |

**PLAINTIFFS' COUNSEL:**

Michael Rubin (SBN 80618)
Andrew Kushner (SBN 316035)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
akushner@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
cp@mhpsf.com
keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone: (415) 225-6215
Facsimile: (415) 634-2897
Email: bill@williambreilly.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONST TO PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS AND THE DEADLINE FOR PLAINTIFFS'
REPLY
4:17-cv-01864-HSG

2

Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "Plaintiffs") filed their Notice of Motion and Motion for Attorneys' Fees and Litigation Costs ("Motion") on November 18, 2019 and noticed the hearing for January 16, 2020 at 2:00 p.m.

Plaintiffs have agreed to extend the deadline for Defendants Microchip Technology Incorporated ("Microchip"), Atmel Corporation ("Atmel") and Atmel Corporation U.S. Severance Guarantee Benefit Program ("Severance Program" and, collectively with Microchip and Atmel, "Defendants") to respond to the Motion until Wednesday, December 18, 2019. Defendants have similarly agreed to extend Plaintiffs' deadline to file their Reply in support of their Motion to January 9, 2020.

Accordingly, the parties respectfully request the Court enter the attached order.

Respectfully submitted November 26th, 2019

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By: /s/ Mark G. Kisicki
            Mark G. Kisicki
            Elizabeth M. Soveranez
            2415 East Camelback Road, Suite 800
            Phoenix, Arizona 85016

            Mark Schmidtke
            56 S. Washington Street, Suite 302
            Valparaiso, IN 46383

            Attorneys for Defendants


        ALTSHULER BERZON LLP

        By: s/ Andrew Kushner (with permission)
            Michael Rubin
            Andrew Kushner
            ALTSHULER BERZON LLP
            177 Post Street, Suite 300
            San Francisco, CA 94108

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONST TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS AND THE DEADLINE FOR PLAINTIFFS' REPLY
4:17-cv-01864-HSG

3

Cliff Palefsky
Keith Ehrman
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133

William B. Reilly
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941

Attorneys for Plaintiffs

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

1. Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs shall be filed no later than December 18, 2019; and

2. Plaintiffs' Reply in Support of their Motion for Attorneys' Fees and Litigation Costs shall be filed no later than January 9, 2020.

Dated: 11/27/2019

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONST TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS AND THE DEADLINE FOR PLAINTIFFS' REPLY
4:17-cv-01864-HSG

4