| | |
|---|---|
| Michael Rubin (SBN 80618) | |
| Andrew Kushner (SBN 316035) | |
| ALTSHULER BERZON LLP | |
| 177 Post Street, Suite 300 | |
| San Francisco, CA 94108 | |
| Telephone: (415) 421-7151 | |
| Facsimile: (415) 362-8064 | |
| Email: mrubin@altber.com | |
| akushner@altber.com | |

| | |
|---|---|
| Cliff Palefsky (SBN 77683) | William B. Reilly (SBN 177550) |
| Keith Ehrman (SBN 106985) | LAW OFFICE OF WILLIAM REILLY |
| MCGUINN, HILLSMAN & PALEFSKY | 86 Molino Avenue |
| 535 Pacific Avenue | Mill Valley, CA 94941 |
| San Francisco, CA 94133 | Telephone: (415) 225-6215 |
| Telephone: (415) 421-9292 | Facsimile: (415) 634-2897 |
| Facsimile: (415) 403-0202 | Email: bill@williambreilly.com |
| Email: cp@mhpsf.com | |
| keith@mhpsf.com | |

*Attorneys for Plaintiffs*

*Counsel for Defendants on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>　　　　　Defendants. | Case No. 4:17-CV-1864-HSG<br><br>**STIPULATION AND ORDER HOLDING IN ABEYANCE FURTHER BRIEFING ON, AND ADJUDICATION OF, PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
elizabeth.soveranez@ogletreedeakins.com
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750

Mark Schmidtke (IN SBN 1733-45) admitted pro hac vice
mark.schmidtke@ ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219.242.8668
Fax: 219.242.8669

*Counsel for Defendants*

Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "plaintiffs") and Defendants Microchip Technology Incorporated ("Microchip"), Atmel Corporation ("Atmel") and Atmel Corporation U.S. Severance Guarantee Benefit Program (collectively with Microchip and Atmel, "defendants") hereby enter into the following joint stipulation holding in abeyance further action on plaintiffs' Motion for Attorneys' Fees and Litigation Costs pending defendants' appeal. Dkt. 122.

WHEREAS, plaintiffs filed their Motion for Attorneys' Fees and Litigation Costs on November 18, 2019 and noticed the hearing for January 16, 2020 at 2:00 p.m. Dkt. 122.

WHEREAS, defendants appealed this Court's judgment in favor of plaintiffs on November 15, 2019. Dkt. 121.

WHEREAS, defendants filed their opposition to plaintiffs' Motion for Attorneys' Fees and Litigation Costs on December 18, 2019. Dkt. 128.

WHEREAS, plaintiffs' reply in support of that motion is currently due on January 9, 2020.

WHEREAS, the parties agree that judicial efficiency would be furthered by deferring resolution of plaintiffs' Motion for Attorneys' Fees and Litigation Costs until after the resolution of defendants' appeal as the parties agree that it does not make sense for the parties to spend additional time litigating, or for this Court to expend judicial resources considering, issues related to the attorneys' fees motion whose resolution may be materially affected by the outcome of defendants' appeal of the judgment.

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and among the parties, through their counsel of record, that plaintiffs' Motion for Attorneys' Fees and Litigation Costs be held in abeyance pending the resolution of defendants' appeal. The parties respectfully request that this Court enter the attached order.

DATED: December 23, 2019

                                  ALTSHULER BERZON LLP

                                  By: */s/Michael Rubin*
                                      Michael Rubin
                                      Andrew Kushner
                                      ALTSHULER BERZON LLP
                                      177 Post Street, Suite 300
                                      San Francisco, CA 94108

                                      Cliff Palefsky
                                      Keith Ehrman
                                      MCGUINN, HILLSMAN & PALEFSKY
                                      535 Pacific Avenue
                                      San Francisco, CA 94133

                                      William B. Reilly
                                      LAW OFFICE OF WILLIAM REILLY
                                      86 Molino Avenue
                                      Mill Valley, CA 94941

                                      Attorneys for Plaintiffs

DATED: December 23, 2019

                                  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                                  By: */s/Mark G. Kisicki (signature approved 12/23/19)*
                                      Mark G. Kisicki
                                      Elizabeth M. Soveranez
                                      2415 East Camelback Road, Suite 800
                                      Phoenix, Arizona 85016

                                      Mark Schmidtke
                                      56 S. Washington Street, Suite 302
                                      Valparaiso, IN 46383

                                      Attorneys for Defendants

**PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN**, further proceedings related to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs (Dkt. 122) are hereby STAYED AND HELD IN ABEYANCE pending the Ninth Circuit's resolution of Defendants' appeal in this matter. The January 16, 2020 hearing and further briefing deadlines for Plaintiffs' motion are hereby VACATED. Within fifteen (15) days of the resolution of Defendants' appeal, the parties shall notify this Court of their views regarding whether further proceedings in this Court are warranted, including as related to Plaintiffs' Motion for Attorneys' Fees and Litigation Costs.

Dated: 12/26/2019

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Judge