# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BERMAN, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, et al.,<br><br>　　　　Defendant. | No. 4:17-cv-01864-HSG<br><br>**ORDER GRANTING MOTION TO STAY EXECUTION OF THE JUDGMENT PENDING APPEAL AND APPROVE SUPERSEDEAS BOND** |

This matter is before the Court on Defendants' Motion to Stay Execution of the Judgment Pending Appeal and Approve Supersedeas Bond. For good cause appearing,

IT IS ORDERED GRANTING Defendants' Motion to Stay Execution of the Judgment Pending Appeal, with the stay effective upon Defendants' posting a supersedeas bond in the amount of $780,076.70, reflecting 125% of the judgment entered on October 18, 2019 (Dkt. No. 119). This amount is sufficient to cover the judgment, pre- and post-judgment interest, and any costs at the conclusion of the appeal.

DATED this 30th day of December, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge