Michael Rubin (SBN 80618)
Andrew Kushner (SBN 316035)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064
Email:   mrubin@altber.com
         akushner@altber.com

| | |
|---|---|
| Cliff Palefsky (SBN 77683)<br>Keith Ehrman (SBN 106985)<br>MCGUINN, HILLSMAN & PALEFSKY<br>535 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone:   (415) 421-9292<br>Facsimile:   (415) 403-0202<br>Email:   cp@mhpsf.com<br>         keith@mhpsf.com | William B. Reilly (SBN 177550)<br>LAW OFFICE OF WILLIAM REILLY<br>86 Molino Avenue<br>Mill Valley, CA 94941<br>Telephone:   (415) 225-6215<br>Facsimile:   (415) 634-2897<br>Email:   bill@williambreilly.com |

*Attorneys for Plaintiffs*

(Attorneys for Defendants listed on following page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>            Plaintiffs,<br><br>   v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>            Defendants. | Case No. 4:17-CV-1864-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE CROSS- MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO AND REPLY ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   October 7, 2021<br>Time:            2:00 p.m.<br>Courtroom:   2, Floor 4<br>Judge:           Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   April 4, 2017<br>Trial Date:     May 2, 2022 |

1 | **DEFENSE COUNSEL:**

2 | OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3 | Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
4 | Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
elizabeth.soveranez@ogletreedeakins.com
5 | 2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
6 | Telephone: 602.778.3700
Fax: 602.778.3750

*Attorneys for Defendants*

1

STIPULATION TO EXTEND DEADLINE TO FILE CROSS MSJ, AND TO RESPOND TO AND REPLY ISO PLAINTIFFS' MSJ, Case No. 4:17-cv-1864-HSG

Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz (collectively "Plaintiffs") and Defendants Microchip Technology Incorporated ("Microchip"), Atmel Corporation ("Atmel") and Atmel Corporation U.S. Severance Guarantee Benefit Program ("Severance Program" and, collectively with Microchip and Atmel, "Defendants") hereby file this joint stipulation regarding the briefing schedule for Plaintiffs' pending motion for partial summary judgment, filed July 23, 2021. *See* Dkt. 145.

On July 23, Plaintiffs filed their motion for partial summary judgment and noticed the hearing for October 7, 2021 at 2:00 p.m. Defendants' opposition to that motion is currently due on August 6, 2021.

Plaintiffs have agreed to extend until 12:00 p.m. PDT on Monday, August 23, 2021 the deadline for Defendants to file a combined (1) cross-motion for partial summary judgment and (2) opposition to plaintiffs' motion for partial summary judgment.[1] Defendants have in turn agreed to extend until September 9, 2021 Plaintiffs' deadline to file a combined (1) opposition to Defendants' cross-motion and (2) reply in support of Plaintiffs' motion for partial summary judgment. Plaintiffs have also agreed to extend until September 23, 2021 the deadline for Defendants to file a reply in support of their cross-motion for summary judgment. This agreed-upon briefing schedule will permit the parties to keep the current hearing date of October 7, 2021.

Accordingly, Plaintiffs and Defendants hereby stipulate, by and through their respective attorneys of record and subject to court approval, that Defendants' time to file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for partial summary judgment shall be extended until 12:00 p.m. PDT on Monday, August 23, 2021; that Plaintiffs' deadline to file their combined opposition to Defendants' cross-motion and reply in support of their motion for partial summary judgment shall be extended until September 9, 2021; and that Defendants' time to file a reply in support of their cross-motion for summary judgment shall be extended to September

---

[1] Defendants will be filing by noon on August 23 because of a vacation conflict for one of plaintiffs' counsel later that week. Defendants have agreed to that arrangement.

23, 2021.

  Respectfully submitted on August 5, 2021

        ALTSHULER BERZON LLP

        By: s/ *Michael Rubin*

      Michael Rubin
      Andrew Kushner
      ALTSHULER BERZON LLP
      177 Post Street, Suite 300
      San Francisco, CA  94108

      Cliff Palefsky
      Keith Ehrman
      MCGUINN, HILLSMAN & PALEFSKY
      535 Pacific Avenue
      San Francisco, CA  94133

      William B. Reilly
      LAW OFFICE OF WILLIAM REILLY
      86 Molino Avenue
      Mill Valley, CA 94941

      Attorneys for Plaintiffs


        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By: */s/Mark G. Kisicki* (with permission)

      Mark G. Kisicki
      Elizabeth M. Soveranez
      2415 East Camelback Road, Suite 800
      Phoenix, Arizona  85016

      Attorneys for Defendants

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Defendants' deadline to file a combined cross-motion for partial summary judgment and opposition to Plaintiffs' motion for partial summary judgment shall be and is extended until 12:00 p.m. PDT on Monday, August 23, 2021;

2. Plaintiffs' deadline to file their combined opposition to Defendants' cross-motion and reply in support of their motion for partial summary judgment shall be and is extended until September 9, 2021; and

3. Defendants' deadline to file a reply in support of their cross-motion for partial summary judgment shall be and is extended until September 23, 2021.

Dated: _____8/9/2021_____

_/s/ Haywood S. Gilliam, Jr._
The Hon. Haywood S. Gilliam, Jr.
United States District Judge