1 OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2 Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
3 Elizabeth M. Soveranez (AZ SBN 024009)
admitted *pro hac vice*
4 elizabeth.soveranez@ogletreedeakins.com
2415 E. Camelback Road, Suite 800
5 Phoenix, AZ 85016
Telephone: 602.778.3700
6 Fax: 602.778.3750
7

8 Mark Schmidtke (IN SBN 1733-45)       Erika L. Leonard (GA SBN 565965)
admitted *pro hac vice*                admitted *pro hac vice*
9 mark.schmidtke@ogletreedeakins.com    erika.leonard@ogletree.com
56 S. Washington Street, Suite 302     301 Congress Avenue, Suite 1150
10 Valparaiso, IN 46383                 Austin, TX 78701
Telephone: 219.242.8668               Tel.: 512.344.4700
11 Fax: 219.242.8669                    Fax: 512.344.4701
12

13 *Attorneys for Defendants*

(Attorneys for Plaintiffs listed on following page)
14

15
**UNITED STATES DISTRICT COURT**
16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **OAKLAND DIVISION**

18

19 ROBIN BERMAN, et al.,                 Case No. 4:17-CV-01864-HSG

              Plaintiffs,
20
      v.
21 MICROCHIP TECHNOLOGY
INCORPORATED, et al.,
22
           Defendants.
23 PETER SCHUMAN, et al.,                Case No. 4:16-CV-05544-HSG

              Plaintiffs,
24
      v.                                 **STIPULATED REQUEST AND [PROPOSED]
25 MICROCHIP TECHNOLOGY                   ORDER RE: SUMMARY JUDGMENT
INCORPORATED, et al.,                     MOTIONS AND CASE SCHEDULES**
26
           Defendants.                   Judge:      Hon. Haywood S. Gilliam, Jr.
27

28

**PLAINTIFFS' COUNSEL:**

Michael Rubin (SBN 80618)
Matthew J. Murray (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:     (415) 421-7151
Facsimile:      (415) 362-8064
Email:  mrubin@altber.com
          mmurray@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:     (415) 421-9292
Facsimile:      (415) 403-0202
Email:  cp@mhpsf.com
          keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone:     (415) 225-6215
Facsimile:      (415) 634-2897
Email: bill@williambreilly.com

Stip. Re: Summ. Judg. Mots. and Case Schedules and [Proposed] Order, Nos. 4:17-cv-1864-HSG, 4:16-cv-5544-HSG

1        WHEREAS, the parties filed a joint status conference statement on April 9, 2021 in these

2  related cases, *Berman et al v. Microchip Technology Inc.*, No. 4:17-cv-01864-HSG (*Berman*), and

3  *Schuman et al v. Microchip Technology, Inc.*, No. 4:16-cv-05544-HSG (*Schuman*), which addressed

4  how to move these cases forward efficiently following the Ninth Circuit's memorandum disposition

5  in *Berman* (*Berman* Dkt. 137; *Schuman* Dkt. 154);

6        WHEREAS, the Court on April 14, 2021 terminated the parties' then pending cross-motions

7  for summary judgment in *Schuman* (*Schuman* Dkt. 156), pursuant to agreement of the parties;

8        WHEREAS, the Amended Scheduling Order in *Berman* and *Schuman* set a dispositive motion

9  hearing deadline of January 13, 2022 (*Berman* Dkt. 140; *Schuman* Dkt. 157);

10        WHEREAS, the parties filed and briefed cross-motions for partial summary judgment in

11  *Berman* in the fall of 2021, which the Court took under submission on October 6, 2021 (Dkts. 145,

12  163, 165, 166, 168);

13        WHEREAS, Defendants contend that they interpreted the Court's standing order on successive

14  summary judgment motions as applying only to motions addressing the same claim, and that before

15  the Ninth Circuit appeal and remand, Plaintiffs had previously filed, and the Court entertained, two

16  motions for partial summary judgment in *Berman* addressing different claims.[1] Accordingly, on

17  December 9, 2021, 35 days before the dispositive motion hearing deadline per Civil Local Rule 7-

18  2(a), Defendants in *Berman* filed a Motion for Partial Summary Judgment on Plaintiffs' First Cause

19  of Action – For Equitable Relief (Dkt. 171), as to which Defendants contend they had not previously

20  moved for summary judgment, and Defendants in *Schuman* filed a Motion for Summary Judgment

21  (Dkt. 163), noticing both motions for hearing on January 13, 2022;

22        WHEREAS, on December 10, 2021, Plaintiffs in *Berman* filed an Administrative Motion to

23

24       [1] Plaintiffs continue to maintain that their pre-appeal motions in *Berman* did not address different

25  claims and were filed with prior notice to the Court. Plaintiffs first moved for partial summary judgment in *Berman* on both claims for relief, and the Court granted judgment on Plaintiffs' denial of

26  benefits claim and granted judgment as to liability on their breach of fiduciary duty claim. Then, after Plaintiffs' counsel discussed with Defendants' counsel how to resolve the remaining remedy issues

27  and informed the Court of their intention, Plaintiffs filed a subsequent motion for summary judgment

28  seeking interest and surcharge as a remedy for the breach of fiduciary duty claim.

Stip. Re: Summ. Judg. Mots. and Case Schedules and [Proposed] Order, Nos. 4:17-cv-1864-HSG, 4:16-cv-5544-HSG

1   Strike Defendants' Second Motion for Partial Summary Judgment or in the Alternative to Stay

2   Briefing before Defendants had responded to Plaintiffs' meet and confer voicemails and email sent

3   earlier that afternoon[2] (Dkt. 172);

4          WHEREAS, the parties conferred the following Monday after an exchange of emails over the

5   weekend, and reached an agreement in principle to file a Stipulated Request and Proposed Order

6   regarding Summary Judgment Motions and Case Schedules, under which Plaintiffs would withdraw

7   their "Motion for Administrative Relief" and the parties would request the Court stay further briefing

8   and hearing on Defendants' December 9, 2021 motions in both cases and would request a modification

9   of the Scheduling Order to vacate the currently pending dates in both cases, and then, after the Court

10  resolved the parties' submitted cross-motions for partial summary judgment in *Berman*, the parties

11  would meet and confer to propose a schedule for filing and briefing dispositive motions as to any

12  remaining issues in *Berman* and *Schuman;*

13         WHEREAS, on December 13, 2021, while the parties were exchanging drafts of the Stipulated

14  Request and Proposed Order regarding Summary Judgment Motions and Case Schedules in both cases,

15  the Court in *Berman* granted Plaintiffs' Administrative Motion to Strike Defendants' Second Motion

16  for Partial Summary Judgment or in the Alternative to Stay Briefing (Dkt. 173);

17         WHEREAS, the parties have been in discussions regarding possible mediation, which are still

18  ongoing;

19         WHEREAS, the parties have met and conferred regarding the pending summary judgment

20  motions and case schedules in these two related cases and have agreed that the most efficient way to

21  proceed, subject to the Court's approval, is: (1) for the Court to vacate the deadlines set forth in the

22  Amended Scheduling Order in these cases (*Berman* Dkt. 140; *Schuman* Dkt. 157) and to stay further

23  briefing or proceedings on Defendants' December 9, 2021 summary judgment motion in *Schuman*

24  until after it decides the parties' pending cross-motions for summary judgment in *Berman* (Dkts. 145,

25  163, 165, 166); and (2) for the parties to meet and confer promptly after the Court rules on the cross-

26

27         [2] Defendants contend they did not have the opportunity to meet and confer prior to the filing as
    they were in the process of researching and drafting a written response to the unexpected two
28  voicemails (left 2.5 hours before the filing) and one email (sent 2 hours before the filing), which they
    still sent shortly after the filing.

motions in *Berman*, and to propose to the Court a new briefing schedule: (a) in *Berman,* to the extent any issues remain to be decided that can be resolved by further motions for summary judgment, which the parties have agreed not to oppose as improperly successive; and (b) in *Schuman,* with the parties either filing new cross-motions for summary judgment or, if Defendants choose to stand on their December 9, 2021 motion (Dkt. 163), for the filing of plaintiffs' opposition and cross-motion and the parties' subsequent reply and opposition briefs.

THEREFORE, the parties stipulate and request the Court to order as follows, based on the good cause described above:

1.   Defendants' Motion for Summary Judgment in *Schuman* (Dkt. 163) is taken off calendar. All further summary judgment motions and briefing in *Berman* and *Schuman* are stayed until after the Court resolves the cross-motions in *Berman* that are currently under submission (Dkts. 145, 163, 165, 166);

2.   All deadlines in the Amended Scheduling Order in *Berman* and *Schuman* (*Berman* Dkt. 140; *Schuman* Dkt. 157) are vacated; and

3.   Within 14 days after the Court resolves the currently pending cross-motions for summary judgment in *Berman*, the parties shall meet and confer and propose a case schedule for such further proceedings, including a schedule for briefing dispositive motions in both cases based on any issues that may remain in both cases after the Court's decision on the pending cross-motions for summary judgment in *Berman*.

Dated: December 16, 2021           Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/Mark G. Kisicki*
    Mark G. Kisicki
    Elizabeth M. Soveranez, admitted *pro hac vice*
    2415 E. Camelback Road, Suite 800
    Phoenix, Arizona 85016

    Mark Schmidtke, admitted *pro hac vice*
    56 S. Washington Street, Suite 302
    Valparaiso, IN 46383

    Erika L. Leonard, admitted *pro hac vice*
    301 Congress Avenue, Suite 1150
    Austin, TX 78701

    *Attorneys for Defendants*

Dated: December 16, 2021           Respectfully submitted,

ALTSHULER BERZON LLP

By: */s/ Michael Rubin (with permission)*
    Michael Rubin
    Matthew J. Murray
    177 Post Street, Suite 300
    San Francisco, CA 94108

    MCGUINN, HILLSMAN & PALEFSKY
    Cliff Palefsky
    Keith Ehrman
    535 Pacific Avenue
    San Francisco, CA 94133

    LAW OFFICE OF WILLIAM REILLY
    William B. Reilly
    86 Molino Avenue
    Mill Valley, CA 94941

    *Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is **SO ORDERED.**

1.  Defendants' Motion for Summary Judgment in *Schuman* (Dkt. 163) is taken off calendar. All further summary judgment motions and briefing in *Berman* and *Schuman* are stayed until further order of this Court.

2.  All deadlines in the Amended Scheduling Order in both *Berman* and *Schuman* (*Berman* Dkt. 140; *Schuman* Dkt. 157) are vacated.

3.  Within 14 days after the Court resolves the currently pending cross-motions for summary judgment in *Berman* (Dkts. 145, 163, 165, 166), the parties will meet and confer and propose a case schedule for further proceedings in both cases, including dispositive motions on any issues that may remain in both cases.

Dated: December ___, 2021

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California

49669266.1

Stip. Re: Summ. Judg. Mots. and Case Schedules and [Proposed] Order, Nos. 4:17-cv-1864-HSG, 4:16-cv-5544-HSG