Michael Rubin (SBN 80618)
Matthew J. Murray (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064
Email:   mrubin@altber.com
         mmurray@altber.com

| | |
|---|---|
| Cliff Palefsky (SBN 77683)<br>Keith Ehrman (SBN 106985)<br>MCGUINN, HILLSMAN & PALEFSKY<br>535 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone:   (415) 421-9292<br>Facsimile:   (415) 403-0202<br>Email:   cp@mhpsf.com<br>         keith@mhpsf.com | William B. Reilly (SBN 177550)<br>LAW OFFICE OF WILLIAM REILLY<br>86 Molino Avenue<br>Mill Valley, CA 94941<br>Telephone:   (415) 225-6215<br>Facsimile:   (415) 634-2897<br>Email:   bill@williambreilly.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>   Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>   Defendants. | Case No. 4:17-CV-1864-HSG<br><br>**PLAINTIFFS' NOTICE REGARDING SUBMITTED MATTER, LOCAL RULE 7-13**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   April 4, 2017<br>Trial Date:   Not Set |

**PLAINTIFFS' NOTICE REGARDING SUBMITTED MATTER**
**LOCAL RULE 7-13**

Plaintiffs respectfully give notice under Local Rule 7-13 that Plaintiffs' Motion for Partial Summary Judgment (Dkt. 145) has been under submission for more than 120 days. The Court took the motion under submission on October 6, 2021. *See* Dkt. 168.

Dated: June 27, 2022

Respectfully submitted,

By: */s/ Michael Rubin*
         Michael Rubin

**ALTSHULER BERZON LLP**
MICHAEL RUBIN
MATTHEW J. MURRAY

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY
KEITH EHRMAN

**LAW OFFICE OF WILLIAM REILLY**
WILLIAM REILLY

*Attorneys for Plaintiffs*