OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Mark G. Kisicki (CA SBN 150057)
Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
mark.kisicki@ogletreedeakins.com
elizabeth.soveranez@ogletreedeakins.com

Mark Schmidtke (IN SBN 1733-45) admitted *pro hac vice*
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Tel:  219.242.8668
Fax: 219.242.8669
mark.schmidtke@ogletreedeakins.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN, and MANDY SCHWARZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | No. 4:17-CV-01864-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER 180  (as modified)** |

Upon consideration of Defendants' Motion to Remove Incorrectly Filed Document; Docket Number 180, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion is **GRANTED**.  The Clerk is directed to remove docket no. 180 from ECF.

Dated: 10/28/2022

_____
THE HONORABLE HAYWOOD S GILLIAM, JR.
United States District Court Judge
Northern District of California