Michael Rubin (SBN 80618)
Matthew J. Murray (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064
Email:    mrubin@altber.com
          mmurray@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile:  (415) 403-0202
Email:    cp@mhpsf.com
          keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone:  (415) 225-6215
Facsimile:  (415) 634-2897
Email:    bill@williambreilly.com

*Attorneys for Plaintiffs*
*(attorneys for Defendants listed on next page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | Case No. 4:17-CV-1864-HSG<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES; ORDER (as modified)**<br><br>Hearing Date:   April 20, 2023<br>Time:   2:00 p.m.<br>Courtroom:   2, Floor 4<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   April 4, 2017 |

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C., SBN 00504800
2  Mark G. Kisicki (CA SBN 150057)
   mark.kisicki@ogletreedeakins.com
3  Elizabeth M. Soveranez (AZ SBN 024009)
   admitted *pro hac vice*
4  elizabeth.soveranez@ogletreedeakins.com
5  2415 E. Camelback Road, Suite 800
   Phoenix, AZ 85016
6  Telephone: 602.778.3700
   Fax: 602.778.3750
7
8  Mark Schmidtke (IN SBN 1733-45)
   admitted *pro hac vice*
9  mark.schmidtke@ogletreedeakins.com
   56 S. Washington Street, Suite 302
10 Valparaiso, IN 46383
   Telephone: 219.242.8668
11 Fax: 219.242.8669
12
   *Attorneys for Defendants*

Erika L. Leonard (GA SBN 565965)
admitted *pro hac vice*
erika.leonard@ogletree.com
301 Congress Avenue, Suite 1150
Austin, TX 78701
Tel.: 512.344.4700
Fax: 512.344.4701

Pursuant to the Court's January 25, 2023 order (Dkt. 187) requesting that the parties meet and confer about scheduling briefing and hearing on plaintiffs' upcoming motion for attorneys' fees and expenses, the parties hereby stipulate, subject to the Court's approval, as follows:

Plaintiffs shall file their motion for statutory ERISA fees and expenses no later than March 2, 2023;

Defendants shall file their opposition no later than March 23, 2023;

Plaintiffs shall file their reply no later than April 11, 2023; and

The hearing on plaintiffs' motion will be conducted on April 20, 2023 at 2:00 p.m. unless the Court orders otherwise.

Dated: February 27, 2023          Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/Elizabeth M. Soveranez (with permission)

Mark G. Kisicki
Elizabeth M. Soveranez, admitted *pro hac vice*
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016

Mark Schmidtke, admitted *pro hac vice*
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Erika L. Leonard, admitted *pro hac vice*
301 Congress Avenue, Suite 1150
Austin, TX 78701

*Attorneys for Defendants*

Dated: February 27, 2023          ALTSHULER BERZON LLP

By: /s/Michael Rubin
Michael Rubin
Matthew J. Murray
177 Post Street, Suite 300
San Francisco, CA 94108

MCGUINN, HILLSMAN & PALEFSKY
Cliff Palefsky
Keith Ehrman
535 Pacific Avenue

San Francisco, CA 94133

LAW OFFICE OF WILLIAM REILLY
William B. Reilly
86 Molino Avenue
Mill Valley, CA 94941

*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED except the hearing on plaintiffs' motion will be conducted on May 18, 2023 at 2:00 p.m.

Dated: 3/1/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge