1  Michael Rubin (SBN 80618)
   Matthew J. Murray (SBN 271461)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, Ca 94108
   Telephone:      (415) 421-7151
4  Facsimile:      (415) 362-8064
   Email:          mrubin@altber.com
5                  mmurray@altber.com

6  Cliff Palefsky (SBN 77683)
   Keith Ehrman (SBN 106985)
7  Mcguinn, Hillsman & Palefsky
   535 Pacific Avenue
8  San Francisco, Ca 94133
   Telephone:      (415) 421-9292
9  Facsimile:      (415) 403-0202
   Email:          cp@mhpsf.com
10                 keith@mhpsf.com

11 William B. Reilly (SBN 177550)
   LAW OFFICE OF WILLIAM REILLY
12 86 Molino Avenue
   Mill Valley, Ca 94941
13 Telephone:      (415) 225-6215
   Facsimile:      (415) 634-2897
14 Email:          bill@williambreilly.com

15 *Attorneys for Plaintiffs*

16 OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C., SBN 00504800
17 Mark G. Kisicki (CA SBN 150057)
   Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
18 2415 E. Camelback Road, Suite 800
   Phoenix, AZ 85016
19 Telephone: 602.778.3700
   Fax: 602.778.3750
20 mark.kisicki@ogletreedeakins.com
   elizabeth.soveranez@ogletreedeakins.com
21
   Mark Schmidtke (IN SBN 1733-45) admitted *pro hac vice*
22 56 S. Washington Street, Suite 302
   Valparaiso, IN 46383
23 Tel:  219.242.8668
   Fax: 219.242.8669
24 mark.schmidtke@ogletreedeakins.com

25 *Attorneys for Defendants*

26

27

28
   **JOINT NOTICE OF SETTLEMENT OF FEE REQUEST**
   **4:17-CV-01864-HSG**

1

2

# UNITED STATES DISTRICT COURT

3

# NORTHERN DISTRICT OF CALIFORNIA

4

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THONG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN, and MANDY SCHWARZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | No. 4:17-CV-01864-HSG<br><br>**JOINT NOTICE OF SETTLEMENT OF FEE REQUEST**<br><br>Hearing Date: May 18, 2023<br>Time:         2:00 p.m.<br>Courtroom:    2 Floor 4<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:  April 4, 2017 |

5

6

7

8

9

10

11

12

13

14      The parties have fully resolved the issues raised in Plaintiffs' March 2, 2023 motion for

15  fees, costs and expenses [Dkt. 192], and agree that no further briefing on the motion is necessary.

16  Pursuant to the parties' agreement, Plaintiffs will file a request for dismissal with prejudice of this

17  action by April 10, 2023, assuming payment in full is completed by April 3, 2023 as required by

18  the agreement.

19

20  DATED: March 23, 2023                  Respectfully submitted,

21

22                                         By: /s/Michael Rubin (with permission)
                                               Michael Rubin

23

24                                         ALTSHULER BERZON LLP
                                           Michael Rubin
                                           Matthew J. Murray

25

26                                         MCGUINN, HILLSMAN & PALEFSKY
                                           Cliff Palefsky
27                                         Keith Ehrman

28

1

2

LAW OFFICE OF WILLIAM REILLY
William Reilly

3

*Attorneys for Plaintiffs*

4

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

5

6

By: */s/ Mark G. Kisicki*
  Mark G. Kisicki
  Elizabeth M. Soveranez

7

  2415 East Camelback Road, Suite 800
  Phoenix, Arizona 85016

8

  Mark Schmidtke
  56 S. Washington Street, Suite 302
  Valparaiso, IN 46383

9

10

*Attorneys for Defendants*

11

**E-Signature Attestation**

12

Pursuant to Local Rule 5-1(h), I attest that each of the other signatories have concurred in the filing

13

of this document.

14

By: */s/ Mark G. Kisicki*
  Mark G. Kisicki

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT NOTICE OF SETTLEMENT OF FEES**
**4:17-CV-01864-HSG**