Michael Rubin (SBN 80618)
Matthew Murray (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
Email:  mrubin@altber.com
        mmurray@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile:  (415) 403-0202
Email:  cp@mhpsf.com
        keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone:  (415) 225-6215
Facsimile:  (415) 634-2897
Email:  bill@williambreilly.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBIN BERMAN, BO KANG, KHASHAYAR MIRFAKHRAEI, THANG VAN VU, DONNA VIERA-CASTILLO, GIRISH RAMESH, PATRICK HANLEY, ILANA SHTERNSHAIN and MANDY SCHWARZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants | Case No. 4:17-CV-1864-HSG<br><br>**UNOPPOSED MOTION AND ORDER TO DISMISS ALL CLAIMS**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:  April 4, 2017 |

## UNOPPOSED MOTION TO DISMISS ALL CLAIMS

Pursuant to the parties' Settlement Agreement and Supplemental Fee Agreement, all Plaintiffs hereby move to dismiss all claims in this action, with prejudice. Defendants do not oppose this motion.

Dated: April 13, 2023

Respectfully submitted,

**ALTSHULER BERZON LLP**
MICHAEL RUBIN
MATTHEW MURRAY

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY
KEITH EHRMAN

**LAW OFFICE OF WILLIAM REILLY**
WILLIAM REILLY

By: *<u>/s/Michael Rubin</u>*
Michael Rubin
*Attorneys for Plaintiffs*

## ORDER

Pursuant to the parties' settlement, all claims in this action are hereby dismissed, with prejudice.

**It is so ORDERED.**

DATED: 4/17/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge